UNITED STATES of America, Plaintiff–Appellee,

v.

Stanley ZURN; Kellunion, LLC, Defendants–Appellants,

and

Valery Zurn, aka Valerie Zurn; Ernie Welch; The County of Riverside; The State of California, Franchise Tax Board, Defendants.

No. 09–56890.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2012.[*]

Filed April 12, 2012.

Curtis Clarence Pett, Esquire, U.S. Department of Justice, Washington, DC, Joseph Wilson, Office of the U.S. Attorney Los Angeles, CA, for Plaintiff–Appellee.

Wayne Hagendorf, Hagendorf Law Firm, Las Vegas, NV, for Defendants–Appellants.

Carissa Lynch, Esquire, Franchise Tax Board, Rancho Cordova, CA, for Defendants.

Before: KLEINFELD and M. SMITH, Circuit Judges, and MARBLEY, District Judge.[**]

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] The Honorable Algenon L. Marbley, District Judge for the U.S. District Court for the Southern District of Ohio, sitting by designation.

MEMORANDUM ***

Defendants–Appellants Stanley Zurn and Kellunion, LLC (collectively, Defendants) appeal from an order directing the IRS to execute and deliver certain deeds to purchasers of real properties. Because the relevant properties were sold and the deeds were delivered to non-parties pursuant to a court order, we cannot grant effective relief. *See Fultz v. Rose,* 833 F.2d 1380, 1380 (9th Cir.1987); *Holloway v. United States,* 789 F.2d 1372, 1373–74 (9th Cir.1986). Therefore, Defendants' appeal is dismissed as moot.

**DISMISSED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.